IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALLEGHENY ENGINEERING COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HAVTECH LLC *formerly known as* ) <br> HAVTECH, INC. *doing business as* ) <br> HAVTECH INVESTMENTS LLC *also* ) <br> *known as* THERMAL TECH LLC *also known* ) <br> *as* HAVTECH PENNSYLVANIA LLC, ) <br> ) <br> Defendant. ) | Civil Action No. 17-1200 <br> Judge Mark R. Hornak <br> Chief Magistrate Judge Maureen P. Kelly <br><br> Re: ECF No. 3 |

## ORDER

AND NOW, this 14th day of February, 2018, after Plaintiff Allegheny Engineering Company filed an action in the above-captioned case, and after Defendant Havtech LLC, formerly known as Havtech, Inc., doing business as Havtech Investments LLC, also known as Thermal Tech LLC, also known as Havtech Pennsylvania LLC, filed a Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) or in the alternative, Motion for a More Definite Statement pursuant to Rule 12(e), ECF No. 3, and after a Report and Recommendation was filed by the Chief United States Magistrate Judge, ECF No. 19, and after no Objections to the Report and Recommendation were filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) or in the alternative, Motion for a More Definite Statement pursuant to Rule 12(e), ECF No. 3, is DENIED.

BY THE COURT:

Mark R. Hornak
United States District Judge

cc: The Honorable Maureen P. Kelly
Chief United States Magistrate Judge